UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD A. JACOB,

                Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, a/k/a MetLife, and
CINDY MARIE JACOB

                Defendants.
_____/

C.A. No. 08-cv-14495

Hon. Patrick J. Duggan

| | |
|---|---|
| Kirk M. Liebengood (P28074)<br>Attorney for Plaintiff<br>P.O. Box 1405<br>Flint, Michigan 48501<br>Telephone: (810) 232-6351 | David M. Davis (P24006)<br>Attorney for Defendant Metropolitan<br>Life Insurance Company<br>Hardy, Lewis & Page, P.C.<br>401 South Old Woodward Ave.<br>Suite 400<br>Birmingham, Michigan 48009<br>Telephone: (248) 645-0800 |
| Linda A. Pohly (P34591)<br>Attorney for Cindy Marie Jacob<br>Linda A. Pohly, P.C.<br>5091 Miller Road<br>Flint, Michigan 48507<br>Telephone: (810) 733-7480 | |

_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

      NOW COME the parties in the above action, by and through their respective counsel, and stipulate and agree that this action should be DISMISSED WITH PREJUDICE, without an award of costs, interest or attorney fees to any Party.

/s/ Kirk M. Liebengood
    Kirk M. Liebengood
    Attorney for Plaintiff

/s/ David M. Davis
    David M. Davis
    Attorney for Defendant MetLife

/s/ Linda A. Pohly
    Linda A. Pohly
    Attorney for Defendant Cindy Marie Jacob

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD A. JACOB,

                Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, a/k/a MetLife, and
CINDY MARIE JACOB

                Defendants.
_____/

C.A. No. 08-cv-14495

Hon. Patrick J. Duggan

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the reading and signing of the Parties' stipulation:

IT IS HEREBY ORDERED AND ADJUDGED that the above action be, and hereby is DISMISSED WITH PREJUDICE and without an award of costs, interest or attorney fees to any Party.

                S/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: January 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 30, 2009, by electronic and/or ordinary mail.

                S/Marilyn Orem
                Case Manager